UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERMAINE DUANE IRVIN-BEY                                  PETITIONER

V.                  NO. 2:18-CV-00053-JM-JTR

GENE BEASLEY, Warden,
FCI-Forrest City                                                                 RESPONDENT

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus, *Doc. 1*, is DISMISSED, WITH PREJUDICE.

DATED this 30th day of May, 2018.

                                                              _____
                                                               UNITED STATES DISTRICT JUDGE